FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0567

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0567

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

LESLIE DEAN ERNST,

     Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025